# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:17-cv-03389 | 1:24-cv-01850 |
| 1:19-cv-01250 | 1:24-cv-07095 |
| 1:19-cv-01251 | 1:24-cv-07109 |
| 1:20-cv-00419 | 1:24-cv-07111 |
| 1:21-cv-06693 | 1:24-cv-07112 |
| 1:24-cv-01099 | 1:24-cv-07113 |
| 1:24-cv-01355 | 1:24-cv-07114 |
| 1:24-cv-01520 | 1:24-cv-07115 |
| 1:24-cv-01680 | 1:24-cv-07117 |
| 1:24-cv-01759 | 1:24-cv-07118 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: November 4, 2024 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Andrea Roberts Pierson